```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------- X
                                                                 :
HECTOR ARIAS,                                                    :
                                                                 :
                                      Plaintiff,                 :    1:22-cv-7549-GHW
                                                                 :
            -v -                                                 :    ORDER
                                                                 :
GILZEIS REALTY COMPANY, LLC,                                     :
                                                                 :
                                      Defendant.                 :
                                                                 :
---------------------------------------------------------------- X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/14/2022

GREGORY H. WOODS, United States District Judge:

Plaintiff filed his complaint in this case on September 4, 2022, Dkt. No. 1, and served Defendant on September 8, 2022, Dkt. No. 6. Defendant, however, has yet to appear in this case, and it is not clear the extent to which this case is progressing. Plaintiff is accordingly ORDERED to provide an update on the status of this case, by letter filed on ECF, no later than November 21, 2022.

SO ORDERED.

Dated: November 14, 2022
       New York, New York

_____
GREGORY H. WOODS
United States District Judge