USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/21/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                                              :
HECTOR ARIAS,                                                 :
                                                              :
                                    Plaintiff,                :     1:22-cv-7549-GHW
                                                              :
             -v -                                             :     ORDER
                                                              :
GILZEIS REALTY COMPANY, LLC,                                  :
                                                              :
                                    Defendant.                :
------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

    As discussed at the conference on April 21, 2023, the parties are directed to submit a status letter updating the Court on the status of the case no later than September 6, 2023, if no stipulation of dismissal has been filed prior to that date.

    SO ORDERED.

Dated:  April 21, 2023
New York, New York
                                                                    _____
                                                                    GREGORY H. WOODS
                                                                    United States District Judge