```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/15/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------- X
                                              :
HECTOR ARIAS,                        :

                          Plaintiff,    :    1:22-cv-7549-GHW

              -v –                      :    <u>ORDER</u>

GILZEIS REALTY COMPANY, LLC,   :

                    Defendant.  :
----------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

      On September 6, 2023, Plaintiff filed a status letter indicating that it intended to file a stipulation of dismissal by September 13, 2023. Dkt. No. 27. As of the date of this order, Plaintiff has not filed a stipulation of dismissal. Plaintiff is ordered to file a status letter on September 19, 2023 if no stipulation of dismissal has been filed by that date.

      SO ORDERED.

Dated: September 15, 2023
       New York, New York

                                                           GREGORY H. WOODS
                                                  United States District Judge